FILED'09 SEP 23 11:20 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| GAYLE A. BOATWRIGHT, | ) | Civil No. 08-150-CL |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

**PANNER, Judge.**

On July 15, 2009, Magistrate Judge Clarke[1] filed his Report and Recommendation, which recommends affirming the decision of the Commissioner denying Plaintiff's application for social security disability benefits.

Plaintiff timely filed objections. The matter is now before me for *de novo* review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). I find no error.

/ / / /

/ / / /

/ / / /

---

[1] Plaintiff's Objections incorrectly attribute the Report and Recommendation to Magistrate Judge Hubel.

1 - ORDER

## Conclusion

Magistrate Judge Clarke's well reasoned Report and Recommendation (docket # 30) are adopted. The decision of the Commissioner is affirmed.

IT IS SO ORDERED.

DATED this __23__ day of September, 2009.

_Owen M. Panner_
Owen M. Panner
United States District Judge

2 - ORDER